UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LONE STAR SILICON INNOVATIONS LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICRON TECHNOLOGY, INC., et al.,<br><br>　　　　Defendants. | Case No. 5:18-cv-01680-HRL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Plaintiff has filed an administrative motion to consider whether the instant case should be related to an earlier lawsuit assigned to Judge Alsup. However, plaintiff apparently did not file that motion in the lower-numbered action. Accordingly, pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable William Alsup for consideration of whether the case is related to 3:17-cv-05458-WHA *Lone Star Silicon Innovations LLC v. Micron Technology, Inc., et al*.

　　　SO ORDERED.

Dated: March 21, 2018

_____
HOWARD R. LLOYD
United States Magistrate Judge