UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LONE STAR SILICON INNOVATIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC, MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON CONSUMER PRODUCTS GROUP, INC., AND MICRON MEMORY JAPAN, G.K., FKA MICRON MEMORY JAPAN, INC.,<br><br>Defendants. | Case No. 3:17-cv-05458-WHA<br><br>[PROPOSED] ORDER OF DISMISSAL |

On this day, Plaintiff Lone Star Silicon Innovations, LLC ("Plaintiff") and Defendants Micron Technology, Inc, Micron Semiconductor Products, Inc., Micron Consumer Products Group, Inc., and Micron Memory Japan, G.K., fka Micron Memory Japan, Inc. ("Defendants") announced to the Court that they have reached a settlement of this litigation, including Plaintiff's claims for relief against the Micron Defendants and the Micron Defendants' claims, defenses, counterclaims, and Motion for Attorneys' Fees asserted against Plaintiff in this case.  Plaintiff and Defendants have therefore requested that the Court dismiss Plaintiff's claims for relief against Defendants with prejudice, dismiss Defendants' Motion for Attorneys' Fees against Plaintiff with prejudice, and dismiss Defendants claims, defenses, or counterclaims against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Defendants are dismissed with prejudice, Defendants' Motion for Attorneys' Fees against Plaintiff is dismissed with prejudice, and

Defendants' claims, defenses, and/or counterclaims against Plaintiff are dismissed without prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by the party incurring same.

SO ORDERED.

Dated: March 11, 2019.

_____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE